# DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
## FOURTH DISTRICT

**ELENA SAGITOVA,**
Appellant,

v.

**REEMPLOYMENT ASSISTANCE APPEALS COMMISSION** and **ADELA HARATZ-RUBENSTEIN DDS PA,**
Appellee.

No. 4D20-1935

[March 11, 2021]

Appeal from the State of Florida, Reemployment Assistance Appeals Commission; L.T. Case No. 20-00908.

Randy A. Fleischer of Randy A. Fleischer, P.A., Plantation, for appellant.

Amanda L. Neff of Reemployment Assistance Appeals Commission, Tallahassee, for appellee Reemployment Assistance Appeals Commission.

PER CURIAM.

*Affirmed.*

LEVINE, C.J., CIKLIN, and KLINGENSMITH, JJ., concur.

\*       \*       \*

***Not final until disposition of timely filed motion for rehearing.***